UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Andrea Billups−Dryer
                    Plaintiff,
v.                                          Case No.: 1:20−cv−01597
                                            Honorable Nancy L. Maldonado
Phil Sheehan, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2022:

    MINUTE entry before the Honorable Nancy L. Maldonado: Motion hearing held on 12/7/22. For the reasons stated on the record, Plaintiff's motion to quash subpoena seeking privileged information [99] is granted in part and denied in part. Plaintiff's counsel shall receive the production directly from the subpoenaed entities to engage in a privilege review. Plaintiff is directed to produce the documents to Defendants and provide them with a detailed privilege log, including a detailed description of any document withheld and the grounds for withholding it, within 21 days of receipt of the documents. Defendant's response to Plaintiff's motion to compel [100] is due by 12/14/22; reply due by 12/21/22. Both Defendant's response and Plaintiff's reply shall be limited to 5 pages, focusing on the timeliness of the noticed depositions and the relevance of the information sought from these witnesses, irrespective of the Court's ruling on the pending motion to dismiss. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.